IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROLANDO CAMUNAS, | : | CIVIL ACTION |
| | : | NO. 21-1005 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONAL REPUBLICAN SENATORIAL COMMITTEE, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **26th** day of **May, 2021,** upon consideration of Defendant's Motion to Dismiss the Amended Complaint and the Response and Reply thereto, and following a hearing on the record, it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that:

1. The Motion to Dismiss (ECF No. 15) is **GRANTED in part and DENIED in part**, as follows:

   a. the Motion to Dismiss pursuant to Rule 12(b)(1) is **DENIED;** and

   b. the Motion to Dismiss pursuant to Rule 12(b)(6) is **GRANTED.**

2. The Amended Complaint (ECF No. 14) is **DISMISSED without prejudice.**

3. Plaintiff is afforded until **June 25, 2021,** to file

a Second Amended Complaint. If Plaintiff fails to do so, the Court will conclude that he intends to stand on his Amended Complaint.

4. Defendant's Motion for Leave to File a Reply Brief (ECF No. 19) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**