IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROLANDO CAMUNAS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>　　　　　　　　　　　Defendant. | Civil Action No.: 2:21-cv-01005-ER |

**DEFENDANT NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant National Republican Senatorial Committee ("NRSC"), by its undersigned counsel, hereby moves this Court, pursuant to Federal Rule 12(b)(6), for an Order dismissing Plaintiff Rolando Camunas's ("Plaintiff") *Second Amended Complaint* for failure to state a claim. The grounds for this Motion are set forth in the accompanying Memorandum of Law, which is incorporated by reference.

Date:   June 29, 2021    　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ Jeffrey N. Rosenthal*

　　　　　　　　　　　　　　　　**BLANK ROME LLP**
　　　　　　　　　　　　　　　　Jeffrey N. Rosenthal
　　　　　　　　　　　　　　　　One Logan Sq., 130 N. 18th St.
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　Telephone: (215) 569-5553
　　　　　　　　　　　　　　　　Facsimile: (215) 832-5553
　　　　　　　　　　　　　　　　Rosenthal-j@BlankRome.com

　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　**HOLTZMAN VOGEL BARAN TORCHINSKY JOSEFIAK PLLC**

161507.00601/126237409v.1

Jason B. Torchinsky *(admitted pro hac vice)*
Jonathan P. Lienhard *(admitted pro hac vice)*
Dallin B. Holt *(admitted pro hac vice)*
15405 John Marshall Hwy
Haymarket, VA 20169

*Attorneys for National Republican Senatorial Committee*