```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROLANDO CAMUNAS,                 :    CIVIL ACTION
                                 :    NO. 21-1005
          Plaintiff,             :
                                 :
     v.                          :
                                 :
NATIONAL REPUBLICAN SENATORIAL   :
COMMITTEE,                       :
                                 :
          Defendant.             :
```

**O R D E R**

**AND NOW**, this **4th** day of **November, 2021**, upon consideration of Defendant's Motion to Dismiss the Second Amended Complaint, the responses, reply, and supplemental briefings thereto, and following a hearing on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. The Motion to Dismiss (ECF No. 25) is **GRANTED;** and

2. The Second Amended Complaint (ECF No. 24) is **DISMISSED with prejudice**.

3. The Clerk of Court shall mark the case **CLOSED**.


**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**